FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 30  P 1: 45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRELL BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-9125** |
| **CITY OF NEW ORLEANS, CRIMINAL SHERIFF'S OFFICE OF NEW ORLEANS, LA. DEPT. OF CORRECTIONS** | **SECTION "N"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the "City Motion for Dismissal Under Rule 12(b)(6)" (Rec. Doc. No. 7) filed by the defendants, the City of New Orleans and Mayor C. Ray Nagin, is **DENIED**.

New Orleans, Louisiana, this 29th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE