# UNITED STATES  DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**TERRELL BROWN**                                    **CIVIL ACTION**

**VERSUS**                                           **NO.   06-9125**

**CITY OF NEW ORLEANS, CRIMINAL**                    **SECTION "N"(4)**
**SHERIFF'S OFFICE OF NEW ORLEANS,**
**LA. DEPT. OF CORRECTIONS**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Terrell Brown's Title 42 U.S.C. § 1983 claims against the defendants, Sheriff Marlin Gusman, Mayor Ray Nagin, the City of New Orleans, the Orleans Parish Criminal Sheriff's Office, and Secretary Richard Stalder, in his individual capacity, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Brown's § 1983 claims against Secretary Stalder, in his official capacity, and the State of Louisiana through the Louisiana Department of Corrections, are

**DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction and otherwise as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief against an immune defendant, pursuant to Title 28 U.S.C. § 1915e and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Brown's state law claims against the defendants are **DISMISSED WITHOUT PREJUDICE** to his ability to pursue the claims in the appropriate state forum because the Court declines to exercise its supplemental jurisdiction.

**IT IS FURTHER ORDERED** Sheriff Gusman's **Motion for Judgment on the Pleadings Pursuant to Rule 12(c) (Rec. Doc. No. 31)** and Brown's **Motions for Appointment of Counsel (Rec. Doc. Nos. 24, 28)** are **DENIED** as moot.

New Orleans, Louisiana, this _15th_ day of _May_, 2008.

_____
**UNITED STATES DISTRICT JUDGE**